**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**REQUEST GRANTED.**

July 10, 2024

7/11/2024  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF & EMAIL**
Honorable Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Eduardo Suazo Nunez**
    **24-Cr-186 (LJL)**

Dear Judge Liman:

I write to respectfully request that the Court permit Mr. Suazo Nunez to appear remotely at the hearing scheduled for Thursday, July 11, 2024. Mr. Suazo Nunez had surgery on his knee on June 17, 2024, and continues to suffer from substantial pain and mobility issues that make traveling by public transportation to Court difficult. In addition, as Mr. Suazo Nunez is indigent, a car ride to and from his residence in Ridgewood, Queens is prohibitively expensive.

Accordingly, I ask permission for him to attend tomorrow's hearing remotely. Neither Pretrial Services nor the government objects to this request.

Sincerely,

 */s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC: AUSA David Robles
    USPSO Evelyn Alvayero