UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA         :

                                   :          1:24-cr-00186-LJL-1

                           :

        -against-             :          **ORDER**

                           :

                           :

Eduardo Suazo Nunez,         :

                           :

        Defendant.           :
-------------------------------------------------------------X

Lewis J. Liman, United States District Judge:

     It is hereby ORDERED that the defendant's bail be modified to include the following

conditions of release:

1. Submit to one random drug test to be conducted by Pretrial Services every two months

2. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner

Dated:  New York, New York
       July _22_ , 2024

                                        _____
                                          Lewis J. Liman
                                 United States District Judge