UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                  :    24-CR-186 (LJL)
:
EDUARDO SUAZO NUNEZ,                     :    <u>ORDER</u>
:
    Defendant.                       :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has received and reviewed the video submitted by the defense. The Government is directed to provide to the Court the NYPD reports referenced in footnote 3 of its submission at Dkt. No. 63. Each party shall inform the Court no later than September 10, 2025, whether it wishes the Court to entertain any additional evidence or to conduct a Faretta hearing in connection with the disputed Sentencing Guidelines issues.

    SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                       United States District Judge